Alan S. Gutman, SBN 128514
John Juenger, SBN 225201
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
    email: alangutman@gutmanlaw.com
          jjuenger@gutmanlaw.com

Attorneys for Defendant and Counter-Claimant
    THIERRY GUETTA a/k/a MR. BRAINWASH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THIERRY GUETTA a/k/a MR. BRAINWASH, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV10-0014 DDP (JCx)<br><br>**PROTECTIVE ORDER RE:**<br>**DEPOSITION TESTIMONY** |

    The court has read and considered the Stipulation for Protective Order re: Deposition Testimony by and between Plaintiff and Cross-Defendant Glen E. Friedman and Defendant and Counter-Claimant Thierry Guetta.

    IT IS HEREBY ORDERED THAT:

    The audio and video recordings of the deposition of Thierry Guetta, or any portion thereof, shall not be displayed, disseminated, published, broadcast, released, distributed, marketed or posted on any internet website or otherwise publicly marketed or distributed by Plaintiff Glen E. Friedman. Copies of the audio and video recordings of the deposition of Thierry Guetta, or any portion thereof, will not be provided by Plaintiff Glen E. Friedman to any persons or entities, other than as is reasonably needed in order to prosecute the

1 instant action. This Protective Order only applies to audio or visual recordings of the
2 deposition, and does not apply to the written deposition transcript. This Protective Order
3 does not address whether the deposition is entitled to confidentiality or privacy protection.
4 Plaintiff retains the right to seek relief from this Protective Order from the Court for any
5 reason.

## ORDER

Upon consideration of the Stipulation for Protective Order re: Deposition Testimony dated November 12, 2010 and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation for Protective Order re: Deposition Testimony shall be and hereby is the Order of the Court.

Dated: November 17, 2010

                                                                       /s/
HON. JACQUELINE CHOOLJIAN
Magistrate Judge
United States District Court for the
Central District of California