Alan S. Gutman, SBN 128514
John Juenger, SBN 225201
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
email: alangutman@gutmanlaw.com
jjuenger@gutmanlaw.com

Attorneys for Defendant and Counter-Claimant
THIERRY GUETTA a/k/a MR. BRAINWASH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THIERRY GUETTA a/k/a MR. BRAINWASH, and DOES 1 through 10, inclusive,<br><br>  Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV10-0014 DDP (JCx)<br><br>**STIPULATION RE: ORDER TO NON-PARTY PAYPAL, INC. NOT TO PRODUCE DOCUMENTS IN RESPONSE TO SUBPOENA UNTIL MOTION TO QUASH IS HEARD AND RULING IS ISSUED** |

   WHEREAS, Plaintiff's counsel served a subpoena for the production or records to non-party PayPal, Inc. dated December 9, 2010;

   WHEREAS, the subpoena commands documents to be produced by PayPal, Inc. to Plaintiff's counsel on January 13, 2011;

   WHEREAS, Defendant will file a motion to quash and/or modify the subpoena to be heard on January 25, 2011;

   WHEREAS, Defendant has initiated the process of preparing a motion to quash and/or modify pursuant to the provisions set forth in L.R. 37;

   WHEREAS, pursuant to the timing provisions set forth in L.R. 37, Defendant's

1  motion to quash and/or modify the subpoena cannot be heard prior to January 13, 2011;

2  WHEREAS, the parties wish to avoid an *ex parte* application seeking relief from the
3  provisions of L.R. 37; and

4  WHEREAS, the parties have agreed to stipulate to an order from this Court ordering
5  non-party PayPal, Inc. not to produce any documents responsive to the subpoena until
6  Defendant's motion to quash and/or modify the subpoena has been heard and the Court
7  has issued a ruling in that regard:

8  IT IS HEREBY STIPULATED AND AGREED as follows:

9  Plaintiff Glen E. Friedman, by and through his counsel of record, and Defendant
10 Theirry Guetta, by and through his counsel of record, stipulate and agree to an order from
11 this Court ordering non-party PayPal, Inc. not to produce any documents responsive to the
12 subpoena issued to it on December 9, 2010, until Defendant's motion to quash and/or
13 modify the subpoena is heard and the Court has issued a ruling in that regard.

15 Dated: December 28, 2010          THE LINDE LAW FIRM

                                    By:      /s/ Douglas A. Linde
                                             Douglas A. Linde
                                             Attorneys for Plaintiff and Counter-Defendant
                                             GLEN E. FRIEDMAN

20 Dated: December 28, 2010          LAW OFFICES OF ALAN S. GUTMAN

                                    By:      /s/ John Juenger
                                             John Juenger
                                             Attorneys for Defendant and Counter-Claimant
                                             THIERRY GUETTA a/k/a MR. BRAINWASH