Alan S. Gutman, SBN 128514
John Juenger, SBN 225201
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
email: alangutman@gutmanlaw.com
jjuenger@gutmanlaw.com

Attorneys for Defendant and Counter-Claimant
　　　THIERRY GUETTA a/k/a MR. BRAINWASH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>THIERRY GUETTA a/k/a MR. BRAINWASH, and DOES 1 through 10, inclusive,<br><br>　　Defendants.<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV10-0014 DDP (Jcx)<br><br>**DECLARATION OF JOHN JUENGER IN SUPPORT OF PLAINTIFF GLEN E. FRIEDMAN'S MOTION TO COMPEL PRODUCTION ON REQUEST FOR PRODUCTION NO. 34**<br><br>**[DISCOVERY MATTER]**<br><br>**HON. JACQUELINE CHOOLJIAN, MAGISTRATE JUDGE**<br><br>DATE:　　**February 8, 2011**<br>TIME:　　**9:30 a.m.**<br>CTRM:　　**20, 3rd Floor**<br><br>Discovery Cut-off:　April 8, 2011<br>Pre-trial Conf:　　　July 25, 2011<br>Trial:　　　　　　　August 16, 2011 |

DECLARATION OF JOHN JUENGER

I, John Juenger, declare:

　　　1.　　I am an attorney at law duly licensed to practice law before this court and am an attorney of record for Defendant Thierry Guetta. All facts set forth in this declaration are based on my own personal knowledge. I can and will competently attest to each such fact if called as a witness.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the deposition of Defendant Thierry Guetta in this action.

3. On January 4, 2011, I proposed to Plaintiff's counsel that Defendant would produce responsive documents to Request for Production No. 34 following a determination of liability in this action.

4. Plaintiff's counsel rejected my proposal and did not offer any other proposal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2011 in the City of Beverly Hills, California.

/s/John Juenger

John Juenger