THIERRY GUETTA

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GLEN E. FRIEDMAN,  )
                   )
        Plaintiff, )
                   ) Case No.
   vs.             ) CV10-0014-DDP (JCx)
                   )
THIERRY GUETTA a/k/a )
MR. BRAINWASH; and DOES 1 )
through 10, inclusive, )
                   )
        Defendants. )
_____)

VIDEOTAPED DEPOSITION OF

THIERRY GUETTA

Monday, November 15, 2010

Reported by:   Irene Nakamura,

               C.S.R. No. 9478, RPR, CLR

ORIGINAL

THIERRY GUETTA

Page 159

| | | |
|---|---|---|
| 10:45 | 1 | THE DEPONENT: Okay. |
| 13:10:45 | 2 | MR. GUTMAN: Stick to the question, just |
| 13:10:47 | 3 | give him a response. |
| 13:10:48 | 4 | THE DEPONENT: It's not -- it's not just |
| 13:10:49 | 5 | about Run DMC. You know, you are talking about |
| 13:10:52 | 6 | Run DMC, Run DMC, Run DMC. There is an artist |
| 13:10:55 | 7 | behind, you know. I am an artist. This is a piece |
| 13:10:59 | 8 | of art. It's not a Run DMC. If they wanted |
| 13:11:02 | 9 | something Run DMC, they go to buy it, any posters |
| 13:11:07 | 10 | or any photos of -- they came here to see me. Not |
| 13:11:11 | 11 | Run DMC. |
| 13:11:12 | 12 | You know, it's part of the -- a movement. |
| 13:11:14 | 13 | It's part of a freedom of expression, a freedom |
| 13:11:19 | 14 | of -- of being an artist, of doing something. And |
| 13:11:23 | 15 | it's like having a statement in Los Angeles, if you |
| 13:11:27 | 16 | look of the show that I made. It's not words about |
| 13:11:31 | 17 | money. It's about to make a -- a -- a statement of |
| 13:11:36 | 18 | the world, of Los Angeles, about a show. |
| 13:11:40 | 19 | And like if you look at the money that I |
| 13:11:42 | 20 | made and the money that I spent at the time, you |
| 13:11:48 | 21 | can look at it, and you'll see that I was not so |
| 13:11:51 | 22 | much a winner of it. But -- |
| 13:11:53 | 23 | MR. GUTMAN: You got to -- |
| | 24 | THE DEPONENT: Okay. |
| 13:11:54 | 25 | MR. GUTMAN: -- stick to the question. |

THIERRY GUETTA

Page 168

```
19:26    1       A.   I rent a space in one of the first motion
13:19:31 2   pictures of Los Angeles building, 1911, that was
13:19:37 3   C.B.S., that was abandoned for the last year that
13:19:41 4   I just put in shape.  And it took me two or three
13:19:44 5   months to make it happen, you know.
13:19:47 6       Q.   Anything else that you can think of,
13:19:49 7   specifically?
13:19:49 8       A.   I have -- no, I don't recall.  You know, I
13:19:54 9   don't recall.  A lot of thing happens at that time.
13:19:57 10      Q.   And you created the postcards in order to
13:20:00 11  help create excitement for the show?
13:20:02 12      A.   No, to trying to give something that I've
13:20:04 13  done, you know.  To give something for free.
13:20:07 14      Q.   And that was to get your fans excited?
13:20:11 15      A.   No.  To -- to -- to just to be -- to be --
13:20:21 16  to be able to -- to -- to give something, you know.
13:20:25 17  To give something about this -- this moment.
13:20:35 18           You know, you don't do like 50 or 30 or
13:20:37 19  40 different postcards, print it, and give it to
13:20:42 20  people, you know.  I mean, it's -- it's not what
13:20:44 21  you see in a show.
13:20:45 22           I was trying to -- to make a statement,
13:20:49 23  you know.  Art, it's about not just making, but
13:20:53 24  giving.
13:21:00 25      Q.   Okay.
```

THIERRY GUETTA

Page 169

| | | |
|---|---|---|
| 13:21:01 | 1 | A. You know, I got -- |
| 13:21:03 | 2 | MR. GUTMAN: Let's just stick -- |
| 13:21:04 | 3 | THE DEPONENT: Okay. |
| 13:21:04 | 4 | MR. GUTMAN: -- with question and answer. |
| 13:21:05 | 5 | THE DEPONENT: Okay. |
| 13:21:06 | 6 | MR. GUTMAN: "Okay" is not a question. |
| 13:21:22 | 7 | MR. LINDE: I'll mark as Exhibit 16, a |
| 13:21:36 | 8 | three-page collection of documents -- |
| 13:21:39 | 9 | THE DEPONENT: Okay. |
| 13:21:40 | 10 | MR. LINDE: -- and I will ask you to take |
| 13:21:41 | 11 | a look at that. |
| 13:21:42 | 12 | (Whereupon, Plaintiff's Exhibit No. 16 |
| | 13 | was marked for identification by the |
| | 14 | deposition officer and is attached |
| 13:21:43 | 15 | hereto.) |
| 13:21:43 | 16 | THE DEPONENT: Okay. |
| 13:21:44 | 17 | BY MR. LINDE: |
| 13:21:44 | 18 | Q. Do you recognize that as a postcard -- |
| | 19 | A. Yeah. |
| 13:21:46 | 20 | Q. -- for your show? |
| 13:21:46 | 21 | A. It's one of the postcards. One of the 50 |
| 13:21:50 | 22 | or 40 or -- 40 postcards. |
| 13:21:52 | 23 | Q. Okay. How many postcards do you believe |
| 13:21:55 | 24 | there were? |
| 13:21:55 | 25 | A. Normally, we print a -- a thousand of |

THIERRY GUETTA

Page 170

| | |
|---|---|
| 13:21:57  1 | them. |
| 13:21:57  2 | Q.  Okay.  You've -- and you think there |
| 13:22:00  3 | was -- before you said there was between 30 and 40 |
| 13:22:02  4 | varieties. |
| 13:22:03  5 | Now, you think there is 50 to 60 |
| 13:22:04  6 | varieties? |
| 13:22:05  7 | A.  It could be.  I don't recall. |
| 13:22:06  8 | Q.  Do you have an estimate? |
| 13:22:07  9 | A.  Of different -- different artwork. |
| 13:22:10 10 | Q.  Was there a -- |
| 13:22:12 11 | A.  It was not -- |
| 13:22:12 12 | Q.  -- postcard of every artwork in the show? |
| 13:22:14 13 | A.  No. |
| 13:22:15 14 | It was more of the artwork than 50. |
| 13:22:18 15 | Q.  So only certain pieces of art got a |
| 13:22:20 16 | postcard; correct? |
| 13:22:21 17 | A.  It was just what happened in the |
| 13:22:23 18 | beginning, yeah.  Yes. |
| 13:22:25 19 | Q.  How did you select what artwork would go |
| 13:22:27 20 | on the postcard? |
| 13:22:30 21 | A.  It just happens, you know.  It was not |
| 13:22:31 22 | really like a selection and thinking about.  It |
| 13:22:33 23 | just happened in the moment. |
| 13:22:34 24 | Q.  Well, you wanted to put some of your best |
| 13:22:36 25 | artwork on the postcards; correct? |

THIERRY GUETTA

Page 171

13:22:37  1      A.   It's not best artwork, because I'm sure
13:22:40  2  that some of the best artwork never got the
13:22:45  3  postcard.
          4      Q.   You were --
13:22:45  5      A.   It was just at the moment what -- what was
13:22:48  6  in front of me eyes.
13:22:50  7      Q.   The artwork that you put on the postcards
13:22:52  8  was artwork that you thought was attractive;
13:22:54  9  correct?
13:22:54 10      A.   No.  Not especially.  With some of them,
13:22:58 11  like I said, I -- I continue making postcards on
13:22:59 12  the second show of things that didn't make.  It was
13:23:03 13  just at this moment, it happens, you know, that's
13:23:06 14  what it was.  It was not like a -- a choose or
13:23:11 15  decision.  It just happen.
13:23:12 16      Q.   And you decided to make a postcard of the
13:23:16 17  Run DMC Old Family --
13:23:17 18      A.   Yes.
13:23:17 19      Q.   -- because you thought that would help
13:23:18 20  create excitement for your show; correct?
13:23:20 21      A.   No.  Not at all.
         22      Q.   All right.
13:23:21 23      A.   It's one piece of art of Mr. Brainwash.
13:23:26 24  That's what it is.  It was not like because of them
13:23:29 25  that I'm having mixed with 50 other postcards, you

HG LITIGATION SERVICES
HGLITIGATION.COM
**EXHIBIT A PAGE 8**

THIERRY GUETTA

Page 172

| | |
|---|---|
| 13:23:34 1 | know. It's -- it's just one of them, you know. |
| 13:23:35 2 | Q. Did you ever do a study to determine how |
| 13:23:39 3 | effective the postcards were in drawing people to |
| 13:23:41 4 | your show? |
| 13:23:42 5 | A. No. We didn't. Because -- because it was |
| 13:23:46 6 | done after the show that was opened. |
| 13:23:48 7 | It was given end of show. Not to bring |
| 13:23:51 8 | people, you know. It was just a present to give |
| 13:23:55 9 | away. It was not like a -- a promotion to get |
| 13:23:59 10 | people around to -- to go. |
| 13:24:01 11 | It was more like they were at the show |
| 13:24:04 12 | when it was opened, and they could walk with it. |
| 13:24:11 13 | Q. So it's your belief that the postcards |
| 13:24:14 14 | were never given away outside of the building where |
| 13:24:18 15 | the show was held? |
| 13:24:19 16 | A. I don't know. You know, I don't -- you |
| 13:24:21 17 | know, I mean, I cannot recall when you have 40 or |
| 13:24:25 18 | 50 different postcards. There is some people -- |
| 13:24:28 19 | like I said, there is some people who would take a |
| 13:24:30 20 | stack of 50 and -- at a time, you know. |
| 13:24:35 21 | You know, it's like -- it was not like |
| 13:24:38 22 | a -- a watch dog or security to say don't take any |
| 13:24:41 23 | postcard. Everything was open and -- and free. So |
| 13:24:45 24 | if some people would grab a bunch and give it away |
| 13:24:49 25 | left and right, why not? You know. |