1  Alan S. Gutman, SBN 128514
   John Juenger, SBN 225201
2  LAW OFFICES OF ALAN S. GUTMAN
   9401 Wilshire Boulevard, Suite 575
3  Beverly Hills, CA 90212-2918
   Telephone: 310-385-0700
4  Facsimile: 310-385-0710
         email: alangutman@gutmanlaw.com
5               jjuenger@gutmanlaw.com

6  Attorneys for Defendant and Counter-Claimant
         THIERRY GUETTA a/k/a MR. BRAINWASH
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | GLEN E. FRIEDMAN,                        ) Case No. CV10-0014 DDP (Jcx)
                                              )
12 |     Plaintiff,                           ) **NOTICE OF DEFENDANT THIERRY
                                              ) GUETTA'S MOTION TO COMPEL
13 | vs.                                      ) FURTHER RESPONSES TO
                                              ) INTERROGATORIES AND REQUESTS
14 | THIERRY GUETTA a/k/a MR.                 ) FOR PRODUCTION OF DOCUMENTS
     BRAINWASH, and DOES 1 through            ) AND REQUEST FOR ATTORNEY'S
15 | 10, inclusive,                           ) FEES IN THE AMOUNT OF $2,600**
                                              )
16 |     Defendants.                          ) **[DISCOVERY MATTER]**
   |_____)
17 | AND RELATED COUNTER-CLAIM.               ) **HON. JACQUELINE CHOOLJIAN,
                                              ) MAGISTRATE JUDGE**
18 |_____)
                                                **[Filed concurrently with Joint
19                                              Stipulation; Declaration of John
                                                Juenger; Proposed Order]**
20
                                                **DATE:     March 1, 2011
21                                              TIME:     9:30 a.m.
                                                CTRM:     20, 3rd Floor**
22
                                                Discovery Cut-off:   April 8, 2011
23                                              Pre-trial Conf:      July 25, 2011
                                                Trial:               August 16, 2011
24

25 TO THE HONORABLE COURT, THE PARTIES AND THEIR COUNSEL:

26      PLEASE TAKE NOTICE that on March 1, 2011 at 9:30 a.m. or as soon thereafter

27 as the matter may be heard in the above mentioned Court, located in Courtroom 20, 3rd

28 Floor at 312 N. Spring Street, Los Angeles, CA 90012, Defendant Thierry Guetta will move

---

GUETTA\MTN COMPEL NTC                                     **NOTICE OF MOTION TO COMPEL
                                                          FURTHER RESPONSES TO DISCOVERY**

1  this Court for an order compelling Plaintiff Glen E. Friedman to provide further responses
2  to interrogatories and requests for production of documents pertaining to the photograph
3  at issue in this action and for an order jointly and severally requiring Plaintiff and his
4  counsel to pay attorney's fees in the amount of $2,600.
5       Defendant Thierry Guetta brings the motion to compel after counsel for the parties
6  conferred in person pursuant to L.R. 37-1. The Motion is based on this Notice of Motion,
7  the Joint Stipulation, the supplemental memoranda that may be filed, all pleading and
8  papers on file in this action and upon such other evidence and argument as may be
9  presented to the Court prior to and at the time of hearing.

11  Dated: February 8, 2011        LAW OFFICES OF ALAN S. GUTMAN

12                                                    /s/ John Juenger
13                               By: _____
                                John Juenger
                            Attorneys for Defendant and Counter-Claimant
14                              THIERRY GUETTA a/k/a MR. BRAINWASH