Alan S. Gutman, SBN 128514
John Juenger, SBN 225201
LAW OFFICES OF ALAN S. GUTMAN
9401 Wilshire Boulevard, Suite 575
Beverly Hills, CA 90212-2918
Telephone: 310-385-0700
Facsimile: 310-385-0710
    email: alangutman@gutmanlaw.com
        jjuenger@gutmanlaw.com

Attorneys for Defendant and Counter-Claimant
    THIERRY GUETTA a/k/a MR. BRAINWASH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>THIERRY GUETTA a/k/a MR. BRAINWASH, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br>AND RELATED COUNTER-CLAIM.<br>_____ | Case No. CV10-0014 DDP (Jcx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR ATTORNEY'S FEES IN THE AMOUNT OF $2,600** |

    Defendant Thierry Guetta's motion for an order compelling Plaintiff Glen E. Friedman to provide further responses to interrogatories and requests for production of documents pertaining to the photograph at issue in this action and for an order jointly and severally requiring Plaintiff and his counsel to pay attorney's fees in the amount of $2,600 came on regularly for hearing on March 1, 2011 before the Hon. Jacqueline Chooljian, Magistrate Judge, in in Courtroom 20, 3rd Floor of the above entitled Court located at 312 N. Spring Street, Los Angeles, CA 90012.

    After considering the papers and the oral argument of counsel, and good cause therefore appearing, IT IS HEREBY ORDERED THAT:

1.       1.     Defendant Thierry Guetta's motion to compel further responses is GRANTED;

2.     2.     Plaintiff Glen E. Friedman is ordered to provide substantive responses to Interrogatory Nos. 6 through 9 and provide all of the requested information;

3.     3.     Plaintiff Glen E. Friedman is ordered to provide substantive responses to Request for Production of Documents Nos. 18, 25, 26, 28, 30, 32, 33, 35, 36, 37 and 38 and state whether the all responsive documents will be produced;

4.     4.     Plaintiff Glen E. Friedman is ordered to produce all documents responsive to Request for Production of Documents Nos. 18, 25, 26, 28, 30, 32, 33, 35, 36, 37 and 38; and

5.     5.     Plaintiff Glen E. Friedman and his counsel The Linde Law Firm and jointly and severally ordered to pay Defendant Thierry Guetta's counsel The Law Offices of Alan S. Gutman attorney's fees in the amount of $2,600 within ten (10) days of the date of this order.

Dated: _____

_____
HON. JACQUELINE CHOOLJIAN
Magistrate Judge
United States District Court for the
Central District of California