UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-14 DDP(JCx) | Date | February 28, 2011 |
|---|---|---|---|
| Title | Glen E. Friedman v. Thierry Guetta a/k/a Mr. Brainwash, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none present | none present |

**Proceedings:**   (IN CHAMBERS)

**ORDER SUBMITTING AND VACATING HEARING ON DEFENDANT'S MOTION TO COMPEL**

Pending before this Court is Defendant Thierry Guetta's Motion to Compel Further Responses to Interrogatories and Requests for Production of Documents and Request for Attorney's Fees in the Amount of $2,600 ("Defendant's Motion"), which has been noticed for hearing on March 1, 2011.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds this matter appropriate for decision without oral argument. The hearing on Defendant's Motion is hereby vacated and the matter taken off calendar.

IT IS SO ORDERED.

Initials of Deputy Clerk: KC