**DOUGLAS A. LINDE, ESQ. (SBN 217584)**
**ERICA ALLEN, ESQ. (SBN 234922)**
**THE LINDE LAW FIRM**
**9000 Sunset Boulevard, Ste. 1025**
**Los Angeles, California 90069**
**Tel: (310) 203-9333; Fax (310) 203-9233**

Attorneys for Plaintiff GLEN E. FRIEDMAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GLEN E. FRIEDMAN | ) Case No. CV10-0014 DDP (JCx) |
| | ) Honorable Dean D. Pregerson |
| Plaintiff, | ) Complaint Filed: January 4, 2010 |
| | ) |
| v. | ) **STATEMENT OF** |
| | ) **UNCONTROVERTED FACTS IN** |
| | ) **SUPPORT OF PLAINTIFFS MOTION** |
| THIERRY GUETTA a/k/a MR. | ) **FOR SUMMARY ADJUDICATION** |
| BRAINWASH and DOES 1 | ) |
| though 10, inclusive, | ) Date: May 9, 2011 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Place: Courtroom 3 |
| | ) |
| _____ | ) |

**TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 56-1, Plaintiff Glen E. Friedman submits the following statement of uncontroverted material facts and conclusions of law filed concurrently with his Motion for Summary Judgment**:**

**STATEMENT OF UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
| 1. | Glen E. Friedman created an original photograph of the music group RUN-DMC (the "Subject Image"). | Dec Friedman ¶ 2. |
| 2. | Friedman was the sole author of the Subject Photograph, including selecting the subject matter, arrangement of the parties, angle of photograph, lighting, composition, framing and determination of the precise time of taking the picture. | Dec Friedman ¶ 2. |
| 3. | The Subject Photograph was first published in 1994 in the book F*** YOU HEROES, authored by Glen Friedman, (ISBN-10: 096491602.), which was the first public distribution of copies of the photograph. | Dec Friedman ¶ 3. |
| 4. | Glen E. Friedman was the author of the book F*** YOU HEROS as an original work of authorship. | Dec Friedman ¶ 3. |
| 5. | In March of 2003 Glen E. Friedman applied for registration of F*** YOU HEROES and my included photographs with the U.S. Copyright Office and was issued Copyright Registration Certificates TX 6-612-087 effective March 24, 2003. | Dec Friedman ¶ 3. |
| 6. | Thierry Guetta copied Glen E. Friedman's Subject Photograph in creating the poster designated as "Run-DMC Canvas" or "Banner Work" Exhibit 7, Bates No. G-41. | Exhibit 1, Deposition p. 88:17-19;  Guetta Declaration ¶16, Docket No. 41; |
| 7. | Thierry Guetta copied Glen E. Friedman's Subject Photograph in creating the poster designated as "Fluorescent Graffiti stencil" or "Stencil Work", | Guetta Declaration ¶14, Docket No. 41. |

| No. | Uncontroverted Fact | Evidence |
|-----|---------------------|----------|
|     | Exhibit 13, Bates No. G-40. |  |
| 8.  | Thierry Guetta copied Glen E. Friedman's Subject Photograph in creating the poster designated as "Broken Records Work".  Exhibit 5, Bates No. G-39, Exhibit 12. | Guetta Declaration ¶12, Docket No. 41 |
| 9.  | Thierry Guetta copied Glen E. Friedman's Subject Photograph in creating the poster designated as "Run DMC Old Family" or "Old Photo Work."   Exhibit 4, Bates No. G-37, Exhibit 8, Exhibit 17 | Exhibit 1, Deposition p. 65:7-13; Guetta Declaration ¶9, Docket No. 41. |
| 10. | Glen E. Friedman did not authorize Thierry Guetta to make, sell or display any reproduction or use of his Run DMC photograph. | Dec Friedman ¶5. |

Dated: April 4, 2011                    THE LINDE LAW FIRM

By:__/s/ Douglas A. Linde_____
Douglas A. Linde
Erica L. Allen
Attorneys for Plaintiff LA Printex, Inc.

STATEMENT OF UNCONTROVERTED FACTS