# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN | ) Case No. CV10-0014 DDP (JCx) |
| | ) Honorable Dean D. Pregerson |
| Plaintiff, | ) Complaint Filed: January 4, 2010 |
| | ) |
| v. | ) **[PROPOPSED] ORDER RE:** |
| | ) **PLAINTIFFS MOTION FOR** |
| THIERRY GUETTA a/k/a MR. BRAINWASH and DOES 1 though 10, inclusive, | ) **SUMMARY ADJUDICATION** |
| | ) |
| | ) Date: May 9, 2011 |
| | )  Time: 10:00 a.m. |
| Defendants. | ) Place: Courtroom 3 |
| _____ | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION

The Court having read and considered Plaintiff's Motion for Summary Adjudication and the papers filed by all parties in connection with the motion rules as follows:

_____. Plaintiff's Motion is GRANTED.

_____. Plaintiff's Motion is DENIED.

**IT IS SO ORDERED.**

DATE: _____     _____
Honorable Dean D. Pregerson
UNITED STATES DISTRICT JUDGE