DOUGLAS A. LINDE, ESQ. (SBN 217584)(dal@lindelaw.net)
ERICA ALLEN, ESQ. (SBN 234922)(ela@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Boulevard, Ste. 1025
Los Angeles, California  90069
Tel: (310) 203-9333; Fax (310) 203-9233

Attorneys for Plaintiff GLEN E. FRIEDMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN | Case No. CV10-0014 DDP (JCx) |
|  | Honorable Dean D. Pregerson |
| Plaintiff, | Complaint Filed: January 4, 2010 |
| v. | **DECLARATION OF DOUGLAS LINDE IN SUPPORT OF PLAINTIFFS MOTION FOR SUMMARY ADJUDICATION** |
| THIERRY GUETTA a/k/a MR. BRAINWASH and DOES 1 though 10, inclusive, | |
| Defendants. | Date:  May 9, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 3 |

**TO THE HONORABLE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD HEREIN:**

I, DOUGLAS LINDE, declare:

    1.    I am an attorney licensed to practice before all the courts of the State of California and the Central District Court of California.  I am a member of the Linde Law Firm and currently represent Plaintiff in this case.

2.   On November 15, 2010, I took the Deposition of Thierry Guetta in this action. Attached to this declaration as Exhibit 1, are true and correct copies of excepts from that deposition.

3.   Attached hereto as Exhibit 4, are the documents attached as Exhibit 4 to the Deposition of Thierry Guetta, "Old Family," Bates No. G-37.

4.   Attached hereto as Exhibit 5, are the documents attached as Exhibit 5 to the Deposition of Thierry Guetta "Broken Records Work", Bates No. G-39.

5.   Attached hereto as Exhibit 7, are the documents attached as Exhibit 7 to the Deposition of Thierry Guetta, "Run-DMC Canvas", Bates No. G-41.

6.   Attached hereto as Exhibit 8, are the documents attached as Exhibit 8 to the Deposition of Thierry Guetta, "Old Family."

7.   Attached hereto as Exhibit 12, are the documents attached as Exhibit 12 to the Deposition of Thierry Guetta "Broken Records Work", Bates No. G-39, and related screen captures.

8.   Attached hereto as Exhibit 13, are the documents attached as Exhibit 13 to the Deposition of Thierry Guetta Exhibit 13, "Fluorescent Graffiti stencil," Bates No. G-40.

9.   Attached hereto as Exhibit 17, are the documents attached as Exhibit 17 to the Deposition of Thierry Guetta Exhibit 17, a one page printout from Defendant's website.

I declare under the penalty of perjury that all of the above is true and correct of my own personal knowledge. If called as a witness, I could and would testify competently to all of it.

Signed on April 4, 2011 in Los Angeles County, California.


__/s/Douglas A. Linde_____
Douglas A. Linde