# EXHIBIT 1

THIERRY GUETTA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


GLEN E. FRIEDMAN,                    )
                                     )
                Plaintiff,           )
                                     ) Case No.
            vs.                      ) CV10-0014-DDP (JCx)
                                     )
THIERRY GUETTA a/k/a                 )
MR. BRAINWASH; and DOES 1            )
through 10, inclusive,               )
                                     )
                Defendants.          )
_____)


VIDEOTAPED DEPOSITION OF

THIERRY GUETTA

Monday, November 15, 2010


Reported by:   Irene Nakamura,

               C.S.R. No. 9478, RPR, CLR

THIERRY GUETTA

Page 5

1            I N D E X (continued):

2

3                E X H I B I T S

4    MARKED                                        PAGE:

5    1      FIRST AMENDED NOTICE OF TAKING    10
            DEPOSITION OF THIERRY GUETTA
6           A/K/A MR. BRAINWASH AND
            REQUEST FOR PRODUCTION OF
7           DOCUMENTS
            (18 pages)
8
     2      OBJECTIONS TO FIRST AMENDED       10
9           NOTICE OF TAKING DEPOSITION
            OF THIERRY GUETTA A/K/A
10          MR. BRAINWASH AND REQUEST FOR
            PRODUCTION OF DOCUMENTS
11          (29 pages)

12   3      INTERNET YOUTUBE DOCUMENTS        32
            ENTITLED CARSON DALY AT
13          MR. BRAINWASH'S STUDIO PART 2
            (6 pages)
14
     4      COPY OF RUN DMC OLD FAMILY        35
15          PHOTOGRAPH; BATES NUMBER G-37
            (1 page)
16
     5      COPY OF RUN DMC STENCIL AND       36
17          GRAFFITI PHOTOGRAPHS; BATES
            NUMBERS G-39 and G-40
18          (2 pages)

19   6      COPY OF RUN DMC PHOTOGRAPH        47
            NO BATES NUMBER
20          (1 page)

21   7      COPY OF RUN DMC OLD CANVAS        81
            PHOTOGRAPH; BATES NUMBER G-41
22          (4 pages)

23   8      COPY OF RUN DMC OLD FAMILY        96
            STACK OF PRINTS; NO BATES
24          NUMBERS
            (3 pages)
25

THIERRY GUETTA

Page 6

1                    I N D E X (continued):

2

3                       E X H I B I T S

4     MARKED                                              PAGE:

5     9          INSIDE THE ROCK POSTER FRAME      113
                 MR. BRAINWASH RUN DMC PRINT
6                BACK FOR SALE DATED SATURDAY,
                 MAY 23, 2009; NO BATES NUMBERS
7                (19 pages)

8     10         HANDWRITTEN INVOICES              116
                 BATES NUMBERS G-9 THROUGH G-36
9                (28 pages)

10    11         TYPED INVOICE; BATES             120
                 NUMBER G-43
11               (1 page)

12    12         PHOTOGRAPHS OF RUN DMC RECORDS    126
                 WORK ON DISPLAY AT THE
13               LOS ANGELES SHOW; BATES NUMBER
                 G-39, AND NO BATES NUMBERS FOR
14               REMAINING THREE PAGES
                 (4 pages)

15
      13         PHOTOGRAPHS OF RUN DMC           128
16               GRAFFITI; BATES NUMBER G-40,
                 AND NO BATES NUMBERS FOR
17               REMAINING THREE PAGES
                 (4 pages)

18
      14         PHOTOGRAPHS OF RUN DMC           131
19               GRAFFITI WRAPPED IN PLASTIC
                 NO BATES NUMBERS
20               (2 pages)

21    15         INTERNET YOUTUBE DOCUMENTS       138
                 ENTITLED CARSON DALY AT
22               MR. BRAINWASH'S STUDIO PART 1
                 (4 pages)

23

24

25

THIERRY GUETTA

Page 7

```
 1              I N D E X (continued):

 2

 3                  E X H I B I T S

 4   MARKED                                          PAGE:

 5   16      PHOTOGRAPHS OF RUN DMC OLD           169
             FAMILY PHOTO "MR. BRAINWASH
 6           PRESENTS LIFE IS BEAUTIFUL;
             NO BATES NUMBER ON FIRST PAGE;
 7           BATES NUMBERS G-42 AND G-8
             (3 pages)
 8
     17      RUN DMC OLD FAMILY PHOTO             183
 9           SCREEN PRINT ON TEXTURED
             ARCHIVAL PAPER. SIGNED AND
10           NUMBERED; NO BATES NUMBER
             (1 page)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THIERRY GUETTA

Page 38

10:52:01  1            MR. GUTMAN:  There's two pages of
10:52:02  2    Exhibit 5, G-39 and G-40.  You have those in front
10:52:05  3    of you.
10:52:05  4            Question again, please.
10:52:06  5    BY MR. LINDE:
10:52:06  6        Q.   Do you see the depiction of just Run DMC
10:52:10  7    is similar, do you see that?
10:52:12  8            MR. GUTMAN:  Objection; vague, ambiguous,
10:52:14  9    calls for a legal conclusion.
10:52:15 10            THE DEPONENT:  They're not the same.
10:52:19 11    BY MR. LINDE:
10:52:19 12        Q.   I understand.
10:52:22 13            Do you know if those works were created
10:52:25 14    from a common source, such as a stencil?
10:52:29 15        A.   One of them, yes.  The other one, no.
10:52:32 16        Q.   Okay.  So the photograph marked G-40 was
10:52:39 17    created using stencil?
10:52:40 18        A.   Yes.
10:52:40 19        Q.   Was that a paper stencil?
10:52:44 20        A.   I don't recall.
10:52:45 21        Q.   Do you know -- do you recall who made the
10:52:47 22    stencil?
10:52:48 23        A.   I did.
10:52:48 24        Q.   You made it personally?
10:52:50 25        A.   Yes.

THIERRY GUETTA

Page 44

| | | |
|---|---|---|
| 10:58:21 | 1 | It just happens. |
| 10:58:23 | 2 | Q.   Do you feel like Run DMC were -- are |
| 10:58:25 | 3 | important artists? |
| 10:58:26 | 4 | A.   Like a lot of other people. |
| 10:58:30 | 5 | Q.   Okay. |
| 10:58:31 | 6 | A.   You know. |
| 10:58:31 | 7 | Q.   So you do feel that Run DMC are important |
| 10:58:34 | 8 | artists; correct? |
| 10:58:35 | 9 | A.   I don't know. |
| 10:58:36 | 10 | Q.   Okay.  Do you feel -- at the time that you |
| 10:58:40 | 11 | made those works, did you feel that using the image |
| 10:58:45 | 12 | of Run DMC could help draw people to your show? |
| 10:58:48 | 13 | A.   No. |
| 10:58:50 | 14 | Q.   So that picture could have been of any rap |
| 10:58:54 | 15 | group; correct? |
| 10:58:54 | 16 | A.   Yes. |
| 10:58:56 | 17 | MR. GUTMAN:   Objection; hypothetical, |
| 10:58:57 | 18 | incomplete -- |
| 10:58:58 | 19 | THE DEPONENT:   Yes. |
| 10:58:59 | 20 | BY MR. LINDE: |
| 10:59:05 | 21 | Q.   It could have just as easily been of -- |
| 10:59:08 | 22 | actually, strike the question. |
| 10:59:09 | 23 | Before making the images that we have |
| 10:59:25 | 24 | attached as Exhibit 5, had you ever listened to the |
| 10:59:28 | 25 | music of Run DMC? |

THIERRY GUETTA

Page 45

| | | |
|---|---|---|
| 10:59:30 | 1 | A.   Yes, but I'm not -- I mean, I -- I know |
| 10:59:42 | 2 | one song that was mixed with a rock and roll, I |
| 10:59:47 | 3 | guess.  I don't remember the name of the guy, but |
| 10:59:53 | 4 | that -- that mean -- I don't know about them.  I |
| 10:59:56 | 5 | don't know the song about them.  If you tell me one |
| 10:59:59 | 6 | song, this is this, I don't even know, you know. |
| 11:00:01 | 7 | It was just -- like I said, something will |
| 11:00:04 | 8 | happen in front of me and -- and it happens.  It's |
| 11:00:07 | 9 | not like I love Run DMC or I'm a fan of Run DMC. |
| 11:00:13 | 10 | It just happened, you know. |
| 11:00:14 | 11 | Q.   When you first saw that picture, did you |
| 11:00:16 | 12 | even know that was the group Run DMC? |
| 11:00:18 | 13 | A.   Yes. |
| 11:00:19 | 14 | Q.   Okay.  So you had seen Run DMC before; |
| 11:00:24 | 15 | correct? |
| 11:00:24 | 16 | A.   Oh, yeah, everywhere. |
| 11:00:26 | 17 | Q.   Where -- |
| 11:00:26 | 18 | A.   I mean -- I mean, you see it.  It -- it's |
| 11:00:29 | 19 | like -- it's like I believe it's person that at one |
| 11:00:37 | 20 | time of their life, they were everywhere.  You |
| 11:00:40 | 21 | know, you see picture of them everywhere, you know, |
| 11:00:42 | 22 | like holding themself. |
| 11:00:43 | 23 | They have the Adidas and the things and |
| 11:00:48 | 24 | holding -- you know, I mean, it's like -- kind of |
| 11:00:50 | 25 | like characters. |

THIERRY GUETTA

Page 48

| | | |
|---|---|---|
| 11:02:56 | 1 | record, to reflect that the witness was putting |
| 11:03:00 | 2 | his hands in various positions to try and |
| 11:03:03 | 3 | recharacterize the -- the way that the individuals |
| 11:03:07 | 4 | in Run DMC were posing in this photograph and/or |
| 11:03:12 | 5 | other photographs. |
| 11:03:18 | 6 | BY MR. LINDE: |
| 11:03:19 | 7 | Q.   Okay.  Did you use the photograph, that's |
| 11:03:30 | 8 | attached in Exhibit 6, as the basis for your works |
| 11:03:34 | 9 | that we have attached as Exhibit 5? |
| 11:03:36 | 10 | A.   Yes, I did. |
| 11:03:40 | 11 | Q.   Okay.  And so, in other words, you |
| 11:03:42 | 12 | incorporated the photograph, that we have attached |
| 11:03:45 | 13 | as Exhibit 6, into your works; correct? |
| 11:03:48 | 14 | A.   Yes. |
| 11:03:49 | 15 | MR. GUTMAN:  Objection; vague and |
| 11:03:50 | 16 | ambiguous. |
| 11:03:50 | 17 | You've got to pause for a moment -- |
| 11:03:52 | 18 | THE DEPONENT:  Okay. |
| 11:03:52 | 19 | MR. GUTMAN:  -- so I can interpose my |
| 11:03:53 | 20 | objections. |
| 11:03:54 | 21 | THE DEPONENT:  Okay. |
| 11:03:54 | 22 | BY MR. LINDE: |
| 11:03:55 | 23 | Q.   And so when you saw the picture that we |
| 11:03:57 | 24 | have marked as Exhibit 6, you felt that picture was |
| 11:04:02 | 25 | visually appealing; correct? |

THIERRY GUETTA

Page 52

11:07:11   1   Just went into my eyes, and -- and at that moment,

11:07:16   2   I was doing the old photos, you know, mix.  And --

11:07:22   3   and it looked good in the family picture, kind of

11:07:25   4   way.  So I -- I start -- I start knowing that it

11:07:33   5   could work with it.  I could do something with that

11:07:37   6   photo, you know.

11:07:39   7          But it could have -- it could have done

11:07:41   8   another photo of Run DMC or another photo of Run

11:07:45   9   DMC, but it happened to be that one, you know.

11:07:48   10          There was so many of them, just, you know,

11:07:51   11   like you -- you choose, there is so many, and it

11:07:54   12   happened to be that one.

11:07:55   13   BY MR. LINDE:

11:08:06   14      Q.   So your decision to incorporate the

11:08:08   15   Friedman Run DMC photograph into your works was not

11:08:11   16   based upon the way that the group members were

11:08:13   17   posed in this picture; correct?

11:08:15   18      A.   No.

11:08:15   19      Q.   And -- is that correct?

11:08:16   20      A.   Yeah, that's correct.

11:08:17   21      Q.   Okay.

11:08:17   22      A.   I mean, that means, it's -- it's -- it's

11:08:20   23   not like -- like I said, I saw it.  It just

11:08:23   24   happened to be that one, and that's it.  I didn't

11:08:25   25   like made myself like this is the one that I want

THIERRY GUETTA

Page 65

| | | |
|---|---|---|
| 11:20:16 | 1 | A.   I must have, but I don't recall. |
| 11:20:18 | 2 | MR. GUTMAN:  Well, if you don't recall, |
| 11:20:19 | 3 | then say that. |
| 11:20:20 | 4 | THE DEPONENT:  I don't recall. |
| 11:20:21 | 5 | MR. GUTMAN:  Okay. |
| 11:20:22 | 6 | BY MR. LINDE: |
| 11:20:31 | 7 | Q.   At some point in time, you cut out images |
| 11:20:34 | 8 | of two of the band members and pasted them onto a |
| 11:20:38 | 9 | image of an old family; is that right? |
| 11:20:41 | 10 | A.   Yes. |
| 11:20:41 | 11 | Q.   What -- how did you do that?  With |
| 11:20:43 | 12 | Photoshop? |
| 11:20:44 | 13 | A.   Yes.  Photoshop. |
| 11:21:04 | 14 | MR. LINDE:  Let's just go off the record |
| 11:21:05 | 15 | for a second. |
| 11:21:07 | 16 | THE VIDEOGRAPHER:  Okay.  Should we end |
| 11:21:07 | 17 | the tape since we only have a few minutes? |
| 11:21:08 | 18 | MR. LINDE:  Might as well. |
| 11:21:09 | 19 | THE VIDEOGRAPHER:  Okay.  This is the end |
| 11:21:11 | 20 | of Tape 1 of the deposition of the Thierry Guetta. |
| 11:21:17 | 21 | We are going off the record, and the time is |
| 11:21:19 | 22 | approximately 11:21 a.m. |
| 11:21:21 | 23 | (Whereupon, a recess was held |
| 11:21:22 | 24 | from 11:21 a.m. to 11:27 a.m.) |
| 11:22:28 | 25 | /// |

THIERRY GUETTA

Page 66

```
11:22:28   1            THE VIDEOGRAPHER:  We are now going back
11:27:52   2    on the record, and the time is approximately
11:27:54   3    11:27 a.m.
11:27:56   4    BY MR. LINDE:
11:27:57   5       Q.   All right.  So looking at Exhibit No. 6,
11:28:00   6    which is the Friedman Run DMC photograph, you
11:28:10   7    incorporated that photograph into some of your
11:28:12   8    works; correct?
11:28:13   9       A.   Yes.
11:28:13  10            MR. GUTMAN:  Objection; asked and
11:28:14  11    answered.
11:28:14  12            You've got to pause after the question.
11:28:17  13            THE DEPONENT:  Okay.
11:28:18  14    BY MR. LINDE:
11:28:18  15       Q.   "Yes"?
11:28:18  16       A.   Can you repeat the question, please.
11:28:22  17       Q.   Sure.
11:28:22  18            You incorporated the Friedman Run DMC
11:28:25  19    photograph into some of your works; correct?
11:28:27  20            MR. GUTMAN:  Asked and answered like 20
11:28:28  21    times now.
11:28:31  22            THE DEPONENT:  Yes.
11:28:31  23    BY MR. LINDE:
11:28:32  24       Q.   At all times that you were using that
11:28:34  25    photograph in your works, you knew that you didn't
```

THIERRY GUETTA

Page 67

11:28:37   1   take that photograph; correct?

11:28:38   2       A.   Yes.

11:28:41   3       Q.   And you knew that you didn't own that

11:28:44   4   photograph; correct?

11:28:45   5       A.   Yes.

11:28:45   6       Q.   Before using that photograph, what did you

11:28:47   7   do to check if it was under copyright?

11:28:50   8       A.   I didn't check anything.

11:28:54   9       Q.   What did you do to contact Run DMC?

11:28:57  10       A.   Nothing.

11:28:59  11       Q.   What did you do to contact Glen Friedman?

11:29:04  12       A.   Nothing.

11:29:04  13       Q.   What did you do to check with the

11:29:06  14   copyright office?

11:29:07  15       A.   Nothing.

11:29:08  16       Q.   Before you used that image, did the

11:29:13  17   thought ever cross your mind that maybe you should

11:29:16  18   pay somebody a license fee for using a photograph

11:29:19  19   that you knew that you didn't take?

11:29:21  20       A.   I didn't know.

11:29:24  21       Q.   Okay.  So you believe that by downloading

11:29:27  22   that photograph on the Internet, you had the right

11:29:30  23   to reproduce that image; correct?

11:29:32  24           MR. GUTMAN:  Objection; assumes a fact not

11:29:36  25   in evidence, vague and ambiguous.

THIERRY GUETTA

Page 70

```
11:31:37   1       Q.   Now you are?

11:31:38   2       A.   I guess.

11:31:40   3       Q.   Okay.

11:31:41   4       A.   Yes.

11:31:46   5       Q.   Without Glen Friedman's photograph of

11:31:52   6   Run DMC, you could have never created the works

11:31:55   7   that we have attached as Exhibit 5; correct?

11:31:56   8       A.   That's not true.  It just happened to be

11:32:00   9   them photos.  Today I wish I -- I -- I didn't have

11:32:03  10   to use them, you know.  It's like, you know, it's

11:32:07  11   like -- you know, having a choice and -- and it was

11:32:13  12   like the -- the bad choice, you know.  But it could

11:32:20  13   a -- be other people, that's no problem.  I could

11:32:22  14   do these photos right now with some other people.

11:32:26  15       Q.   Like who?

11:32:26  16       A.   Like whatever.

11:32:28  17       Q.   Whatever that --

11:32:29  18       A.   Whatever that we work, you know?  I'm very

11:32:32  19   open and very artistic to make it work with

11:32:36  20   different things.  It just happened to be that

11:32:39  21   photo.

11:32:39  22       Q.   So if you -- if you used a picture of

11:32:42  23   Milli Vanilli on that -- on that image, do you

11:32:46  24   think it would have sold just as well?

11:32:48  25       A.   It didn't sell really well, so, I mean,
```

THIERRY GUETTA

Page 71

| | | |
|---|---|---|
| 11:32:50 | 1 | the Run DMC didn't do really well at all. |
| 11:32:53 | 2 | It's one of my -- I believe my worst |
| 11:32:56 | 3 | print. |
| 11:32:57 | 4 | Q.   Are you embarrassed by that print? |
| 11:32:59 | 5 | A.   No. |
| 11:32:59 | 6 | Q.   You believe that if you did a photograph |
| 11:33:01 | 7 | of old folks featuring Milli Vanilli instead of Run |
| 11:33:05 | 8 | DMC -- |
| 11:33:05 | 9 | A.   I don't know -- |
| 11:33:05 | 10 | Q.   -- that would have made the same artistic |
| 11:33:07 | 11 | statement that you wanted to convey -- |
| 11:33:08 | 12 | A.   I don't know -- |
| 11:33:09 | 13 | (Speaking simultaneously.) |
| 11:33:09 | 14 | MR. GUTMAN:  You've got to slow down. |
| 11:33:11 | 15 | THE DEPONENT:  Okay. |
| 11:33:11 | 16 | MR. LINDE:  Objection; vague, ambiguous, |
| 11:33:12 | 17 | argumentative. |
| 11:33:13 | 18 | And I think also, to clarify, the -- you |
| 11:33:17 | 19 | misinterpreted his response to the prior question. |
| 11:33:20 | 20 | He was talking about using other photographs of |
| 11:33:22 | 21 | Run DMC as opposed to using different rap bands to |
| 11:33:28 | 22 | prove your point.  But anyway, I've stated my |
| 11:33:33 | 23 | objection. |
| 11:33:35 | 24 | BY MR. LINDE: |
| 11:33:35 | 25 | Q.   Okay.  So, as you sit here today, you wish |

THIERRY GUETTA

Page 72

11:33:37  1   you would've used a photograph of Run DMC taken by

11:33:40  2   somebody else for your works; correct?

11:33:42  3        A.    Yeah.   It could be Run DMC, it could be

11:33:44  4   somebody else.   It could be another artist or

11:33:47  5   another thing, so, you know, it -- it doesn't

11:33:50  6   matter.   I mean, it's not because it was the

11:33:53  7   Run DMC that -- that -- that, you know, it just

11:33:58  8   happens, you know.

11:34:03  9        Q.    Okay.   And looking at that work that we

11:34:06 10   have attached as Exhibit 4, without Glen Friedman's

11:34:15 11   photograph of Run DMC, you could not have created

11:34:17 12   that work; correct?

11:34:19 13        A.    I could have, but it happens that -- that

11:34:24 14   I did it with Run DMC.   I mean --

11:34:26 15        Q.    And would you --

11:34:27 16             (Speaking simultaneously.)

11:34:27 17             MR. GUTMAN:   Let him finish his answer,

11:34:29 18   please.

11:34:29 19             THE DEPONENT:   I can -- I can take those

11:34:31 20   two old people and put two other people in the

11:34:34 21   back, and that's it.   I could have done it, you

11:34:36 22   know.   And it just happened to be Run DMC.   It was

11:34:40 23   the wrong choice and the wrong photo.   So now, it's

11:34:44 24   like, that's it.

11:34:45 25   ///

THIERRY GUETTA

Page 76

| 11:37:26 | 1 | Now, do you see like a photo of -- of Glen |
| 11:37:33 | 2 | Friedman?  I mean, it's a resemblance, I don't |
| 11:37:37 | 3 | know, you know.  It's just an artwork to me. |
| 11:37:39 | 4 | BY MR. LINDE: |
| 11:37:39 | 5 | Q.  Without Glen Friedman's Run DMC |
| 11:37:43 | 6 | photograph, you could not have made the work in |
| 11:37:46 | 7 | Exhibit G-39 look the way that it did; correct? |
| 11:37:50 | 8 | MR. GUTMAN:  Objection; vague, ambiguous, |
| 11:37:51 | 9 | leading, argumentative, asked and answered. |
| 11:37:55 | 10 | THE DEPONENT:  It's just that I choose |
| 11:37:56 | 11 | this image, so this image, you know, it's Glen |
| 11:38:02 | 12 | Friedman's image.  It could have been another image |
| 11:38:05 | 13 | of Run DMC.  It just happened to be that one. |
| 11:38:07 | 14 | That's all. |
| 11:38:07 | 15 | MR. LINDE:  Okay.  Can you read back the |
| 11:38:09 | 16 | question. |
| 11:38:10 | 17 | I just want you to listen to the question |
| 11:38:11 | 18 | and just try to answer the question directly. |
| | 19 | (The record was read as follows: |
| 11:37:39 | 20 | Q.  Without Glen Friedman's |
| 11:37:42 | 21 | Run DMC photograph, you could not |
| 11:37:43 | 22 | have made the work in Exhibit |
| 11:37:47 | 23 | G-39 look the way that it did; |
| 11:38:31 | 24 | correct?) |
| 11:38:31 | 25 | MR. GUTMAN:  Same objections; asked and |

THIERRY GUETTA

```
11:46:02   1      A.    Yes.

11:46:02   2      Q.    Okay.  And do you recall what you -- do

11:46:03   3   you recall the arrangement of the works in the

11:46:05   4   show?

11:46:06   5      A.    The arrangement?

11:46:09   6      Q.    You did?

11:46:09   7      A.    Yes, I do.

11:46:10   8      Q.    Okay.  And you recall that you hung the

11:46:12   9   Run DMC canvas at your show; correct?

11:46:14  10      A.    Yes, I did.

11:46:15  11      Q.    Okay.  And is that location above the

11:46:16  12   Miles Davis photo -- work, approximately where you

11:46:20  13   hung the Run DMC canvas?

11:46:23  14      A.    On that photo, yes.

11:46:24  15      Q.    Okay.  And so do you believe that the --

11:46:25  16   the image of Run DMC that is depicted on pages 2

11:46:29  17   and 3 of Exhibit 7 are, in fact, the Run DMC canvas

11:46:32  18   that is featured on page 1 of Exhibit 7, which is

11:46:37  19   G-41?

11:46:38  20      A.    Yes.

11:46:39  21      Q.    Okay.  Turning then to the fourth page of

11:46:45  22   Exhibit 7.

11:46:46  23            Do you see that?

11:46:46  24      A.    Yes.

11:46:47  25      Q.    Okay.  And that's a picture of your
```

THIERRY GUETTA

Page 86

```
11:46:49   1    office; correct?
11:46:50   2        A.   Yes.
11:46:50   3        Q.   Okay.  And there's another picture of
11:46:52   4    Run DMC there.
11:46:53   5             Do you see that?
11:46:53   6        A.   Yes.  It's the same one?
11:46:56   7        Q.   You believe that to be the same canvas?
11:46:58   8        A.   Yes.
11:46:58   9        Q.   Okay.  So when we talk about the -- is
11:47:00  10    that the same Run DMC canvas in each of the
11:47:03  11    pictures in Exhibit 7?
11:47:04  12        A.   Exhibit 7?
11:47:07  13             Oh, yes.  The same one.
11:47:09  14        Q.   Okay.  Did you -- actually, strike the
11:47:13  15    question and start over.
11:47:14  16             How is this Run DMC canvas created?
11:47:17  17        A.   Same way as the other one, projecting and
11:47:19  18    paint.
11:47:20  19        Q.   And what kind of paint?
11:47:22  20        A.   Acrylic black paint.
11:47:28  21        Q.   And how is it applied?
11:47:30  22        A.   What do you mean?
11:47:30  23        Q.   How is it applied to the canvas?
11:47:34  24        A.   Just with a brush and you paint it.
11:47:36  25        Q.   And did you personally do that?
```

THIERRY GUETTA

Page 88

```
11:49:04   1   another photo of the Run DMC, and it could be the
11:49:07   2   same way to me, you know.
11:49:10   3   BY MR. LINDE:
11:49:10   4       Q.   Who contributed more to the look of the
11:49:13   5   Run DMC canvas, you or Glen Friedman?
11:49:16   6            MR. GUTMAN:  Objection; vague, ambiguous.
11:49:18   7            THE DEPONENT:  It's -- it's just the
11:49:21   8   photos now, that Glen Friedman, and this is a
11:49:24   9   painting.  This is a different things.  You know,
11:49:27  10   it's just two different things.  It's not -- I -- I
11:49:30  11   don't -- I didn't made a photo of his photos.  It's
11:49:36  12   just a painting of a photo.  That's what it is.
11:49:39  13   BY MR. LINDE:
11:49:40  14       Q.   And okay.  And so the --
11:49:41  15       A.   So that -- I mean, it doesn't look like a
11:49:43  16   photo.  You know, it's a painting.
11:49:44  17       Q.   And so your Run DMC canvas is a painting
11:49:50  18   of Glen Friedman's Run DMC's photo; correct?
11:49:53  19       A.   Yes, it is.
11:49:54  20       Q.   Okay.  And as you sit here today, do you
11:49:59  21   believe that you should compensate Mr. Friedman for
11:50:05  22   your use of his Run DMC photo?
11:50:08  23            MR. GUTMAN:  Objection; calls for a legal
11:50:09  24   conclusion, and I also instruct you not to respond
11:50:12  25   to the question to the extent that any information
```

THIERRY GUETTA

Page 94

| | | |
|---|---|---|
| 11:56:43 | 1 | conclusion.  And I'd also instruct the witness not |
| 11:56:45 | 2 | to respond to the extent it calls upon |
| 11:56:49 | 3 | attorney-client privileged communications. |
| 11:56:51 | 4 | BY MR. LINDE: |
| 11:56:51 | 5 |     Q.   Were you trying to make a joke about |
| 11:56:54 | 6 | Run DMC through your work? |
| 11:56:55 | 7 |     A.   Not at all. |
| 11:56:55 | 8 |     Q.   In making the Run DMC old -- in making the |
| 11:57:10 | 9 | Run DMC canvas -- |
| 11:57:15 | 10 |     A.   Yes. |
| 11:57:16 | 11 |     Q.   -- were you trying to offer your personal |
| 11:57:22 | 12 | opinions on Glen Friedman? |
| 11:57:23 | 13 |     A.   I didn't know who was Glen Friedman at the |
| 11:57:29 | 14 | time when I was working in this photo. |
| 11:57:30 | 15 |     Q.   When you were making the Run DMC canvas, |
| 11:57:35 | 16 | were you trying to offer your personal opinions as |
| 11:57:37 | 17 | to Run DMC? |
| 11:57:38 | 18 |     A.   Personal opinion?  It was this for me |
| 11:57:50 | 19 | something artistic that I create, that's all.  I |
| 11:57:54 | 20 | didn't -- you know, I don't think when I do |
| 11:57:55 | 21 | something, you know, there is not a back -- back |
| 11:57:59 | 22 | thinking of something.  I do it because I feel like |
| 11:58:03 | 23 | doing it. |
| 11:58:04 | 24 |     Q.   Okay.  So when you were creating the |
| 11:58:06 | 25 | Run DMC canvas, were you trying to express an |

THIERRY GUETTA

Page 95

11:58:08   1    opinion?

11:58:08   2        A.   Not really.

11:58:09   3        Q.   When you --

11:58:10   4        A.   You know, I mean, I -- I kind of wanted to

11:58:14   5    do something and -- and the image was there.  Like

11:58:17   6    I said, I used it for the old people, and -- and I

11:58:21   7    said I should paint it, and that's what I did.

11:58:24   8        Q.   When you created the Run DMC out of

11:58:28   9    records, were you trying to express an opinion?

11:58:30  10        A.   No.

11:58:30  11        Q.   When you created the Run DMC Old Family,

11:58:33  12    were you trying to create -- were you trying to

11:58:35  13    express an opinion?

11:58:36  14        A.   No.

11:58:41  15        Q.   Okay.  Let's talk a little bit about the

11:58:44  16    print.

11:58:44  17             There's one of these Run DMC images that

11:58:47  18    you made into a limited edition print; correct?

11:58:50  19        A.   Yes.

11:58:51  20             MR. GUTMAN:  Well, the image is not a

11:58:55  21    Run DMC image.  It's what's been marked as

11:58:57  22    Exhibit 4, I think.

11:59:00  23             THE DEPONENT:  It's a mix.

11:59:07  24             Hello, hello.

11:59:33  25             MR. LINDE:  All right.  Exhibit 8, I'm

THIERRY GUETTA

Page 102

12:05:24  1      A.   I don't recall if she work as an employee.

12:05:31  2   I think an employee.  I think --

12:05:32  3           MR. GUTMAN:  Don't guess.  Just --

12:05:34  4           THE DEPONENT:  Yeah.  I -- I -- I'm not

12:05:35  5   sure.

12:05:35  6   BY MR. LINDE:

12:05:35  7      Q.   Okay.  Let me ask you this way:  Does she

12:05:37  8   actually work in your office, or when you want her

12:05:40  9   to print something, do you have to go to her?

12:05:43 10      A.   She works in my -- my -- my -- not my

12:05:47 11   office.  Because, you know, but she work a part in

12:05:52 12   the -- of one of the -- of the same building where

12:05:55 13   I am.

12:05:57 14      Q.   And do you know the name -- the name of

12:05:59 15   the art -- of the store where you generally buy the

12:06:01 16   paper that --

12:06:03 17      A.   It's somewhere here in Los Angeles.

12:06:04 18      Q.   Do you know the name of it?

12:06:05 19      A.   No.

12:06:12 20      Q.   Okay.  And you advertised this Run DMC Old

12:06:23 21   Family print as a limited edition of 300; correct?

12:06:25 22      A.   Yes.

12:06:26 23      Q.   And through discovery -- actually, strike

12:06:55 24   the question.  Start over.

12:06:56 25           You've sold 62 of these prints to date; is

THIERRY GUETTA

                                                              Page 103

12:07:05    1    that right?

12:07:05    2        A.   I guess so.

12:07:07    3            MR. GUTMAN:  Don't guess.  If you know --

12:07:11    4            THE DEPONENT:  No, I don't -- I don't -- I

12:07:12    5    don't know.

            6            MR. GUTMAN:  Okay.

12:07:12    7            THE DEPONENT:  I don't know.

12:07:12    8    BY MR. LINDE:

12:07:14    9        Q.   Is there somebody who does the accounting

12:07:17   10    for you?

12:07:18   11        A.   Today, yes.

12:07:20   12        Q.   Who?

12:07:21   13        A.   My brother.

12:07:22   14        Q.   And was there somebody who did accounting

12:07:26   15    for you before your brother?

12:07:28   16        A.   My wife.

12:07:29   17        Q.   And just be clear, did your wife do

12:07:34   18    accounting for you while you were selling art

12:07:38   19    prints?

12:07:39   20        A.   At the time I -- you know, at that time,

12:07:44   21    the time of Run DMC prints, it was the beginning

12:07:49   22    of -- of us making prints, so we didn't really know

12:07:54   23    as well as we do today.

12:07:56   24        Q.   Who did the accounting for you at that

12:07:59   25    time?

THIERRY GUETTA

Page 104

| | | |
|---|---|---|
| 12:07:59 | 1 | A.   I -- I don't recall. |
| 12:08:06 | 2 | Like I said, I'm an artist, and -- and I |
| 12:08:07 | 3 | don't think. |
| 12:08:09 | 4 | Q.   When you -- okay. |
| 12:08:10 | 5 | So you advertised the Run DMC print, |
| 12:08:14 | 6 | Run DMC Old Family print as the limited edition of |
| 12:08:17 | 7 | 300; correct? |
| 12:08:17 | 8 | A.   Yes. |
| 12:08:18 | 9 | Q.   Okay.  And after you made it, you believe |
| 12:08:21 | 10 | you washed the screen; correct? |
| 12:08:22 | 11 | A.   I guess so. |
| 12:08:24 | 12 | Q.   Okay. |
| 12:08:24 | 13 | A.   I'm not sure.  I mean, I don't recall. |
| 12:08:26 | 14 | Normally, that's the process of. |
| 12:08:29 | 15 | Q.   You certainly don't recall printing a |
| 12:08:33 | 16 | second run of Run DMC Old Family prints; correct? |
| 12:08:36 | 17 | A.   I guess this -- this person who works, |
| 12:08:40 | 18 | Celeste, she kind of -- she kind of keep track, and |
| 12:08:44 | 19 | that's how they got the information of how many |
| 12:08:46 | 20 | print is being done. |
| 12:08:48 | 21 | MR. GUTMAN:  The question was:  You don't |
| 12:08:50 | 22 | recall there being a second run of printing? |
| 12:08:52 | 23 | THE DEPONENT:  Oh, I -- I don't think it |
| | 24 | was. |
| 12:08:54 | 25 | /// |

THIERRY GUETTA

Page 105

| 12:08:54 | 1 | BY MR. LINDE: |
| 12:08:57 | 2 | Q.   And you believe that when you first |

12:08:59   3   printed the Run DMC Old Family print, you, in fact,

12:09:03   4   printed 300 of them; correct?

12:09:05   5        A.   No.  We didn't print 300.

12:09:06   6        Q.   How many did you print?

12:09:08   7        A.   If looking on the -- on the -- on the --

12:09:12   8   because I don't keep track at that moment how many

12:09:15   9   print.  Like I said, we were just starting -- that

12:09:19  10   was my first show in Los Angeles when we start

12:09:22  11   making print, and we made that print, and somewhere

12:09:25  12   we made it an -- an addition of 300.

12:09:29  13            But at that time we were not selling, you

12:09:33  14   know.  We were not selling as, you know, like a --

12:09:36  15   it -- it's like you wouldn't do a print and sell

12:09:39  16   300 already.  It was a -- a -- a kind of a -- a

12:09:42  17   large edition kind of way for that -- for what it

12:09:49  18   was.  So -- so we decide, like -- like you say,

12:09:51  19   for -- for the paper and -- and we're not sure,

12:09:55  20   we're not like a big company at this moment at all.

12:10:00  21   And -- and we print, I guess, half of it.

12:10:06  22        Q.   So you think you printed 150?

12:10:09  23        A.   I believe so.

12:10:10  24        Q.   Okay.  Every one of the Run DMC Old Family

12:10:14  25   prints that you sell is signed and serial numbered;

THIERRY GUETTA

Page 106

| | | |
|---|---|---|
| 12:10:18 | 1 | correct? |
| 12:10:18 | 2 | A.    Yes. |
| 12:10:27 | 3 | Q.    Do you keep a master listing of the serial |
| 12:10:30 | 4 | numbers of the Run DMC prints that you sold? |
| 12:10:36 | 5 | A.    At that time, we were not so well |
| 12:10:37 | 6 | organized at that time.  You know, it was like the |
| 12:10:39 | 7 | beginning, like I said.  So I don't know, you know. |
| 12:10:44 | 8 | I cannot know for sure the -- the -- the thing |
| 12:10:50 | 9 | happens. |
| 12:10:50 | 10 | But I can say that we did 150, but we |
| 12:10:56 | 11 | might did the number from -- from 200 to 250, and |
| 12:11:02 | 12 | from 100, 200 and -- to 100 and, you know.  I -- I |
| 12:11:09 | 13 | don't know. |
| 12:11:09 | 14 | But I know that when I was doing the |
| 12:11:14 | 15 | edition at that time, I was making like, in a way, |
| 12:11:18 | 16 | not starting from 1 to 150.  I would take different |
| 12:11:23 | 17 | way of making it different numbers.  You know, like |
| 12:11:28 | 18 | because, you know, it's -- it was the beginning, |
| 12:11:31 | 19 | and -- and I felt like -- like -- like -- like |
| 12:11:37 | 20 | selling from 1 to 150.  And if I didn't sell it, I |
| 12:11:41 | 21 | feel like a fool.  And if I would sell from 150 |
| 12:11:46 | 22 | or -- or 200 or -- to 300 or, you know, some |
| 12:11:51 | 23 | numbers, I would make different confusing number to |
| 12:11:55 | 24 | look -- to look -- look different. |
| 12:11:59 | 25 | And I believe that I thought I was going |

THIERRY GUETTA

Page 111

```
12:15:50   1    BY MR. LINDE:
12:15:50   2        Q.    How did you --
12:15:50   3        A.    Like I -- like I say, it's not me who is
12:15:53   4    taking care of it.  And you never had the problem
12:15:55   5    for me to put back a number, because I never used
12:15:58   6    this image again.
12:15:59   7        Q.    Who took care of it?
12:16:01   8        A.    I have no idea.
12:16:02   9        Q.    How did you know that with respect to the
12:16:07  10    Run DMC Old Family prints you didn't sell two
12:16:10  11    prints with the same number?
12:16:12  12        A.    I don't know.  It might still happen, an
12:16:15  13    accident.  Like I say, it's the beginning.  It was
12:16:17  14    the beginning, and I don't know.
12:16:18  15        Q.    Okay.  So, as you sit here today --
12:16:20  16        A.    Now, it doesn't -- I'm not going to say
12:16:21  17    "no," because I don't know.
12:16:24  18        Q.    So as you sit here today, do you think
12:16:25  19    it's possible that you could have sold two Run DMC
12:16:29  20    Old Family prints with the same serial number?
12:16:30  21        A.    It could be possible.  No problem.
12:16:34  22              Accident happens.
12:16:36  23        Q.    Do you know the website Inside the Rock
12:16:40  24    Poster Frame?
12:16:40  25        A.    No, I don't.
```

THIERRY GUETTA

Page 122

```
12:26:08   1              MR. LINDE:  Right.  And I'm touching them,
12:26:08   2    just like you just touched them when you put them
12:26:11   3    down on the table.
12:26:12   4              MR. GUTMAN:  I understood that.  I just
12:26:12   5    want to make sure that they go back into the stack.
12:26:15   6              MR. LINDE:  So do I.
12:26:19   7              MR. GUTMAN:  What are you looking for?
12:26:25   8              MR. LINDE:  Just putting these in order.
12:26:27   9    BY MR. LINDE:
12:26:27  10        Q.   Okay.  So the item that's sold -- this
12:26:29  11    sale as reflected in Exhibit 11 --
12:26:32  12        A.   Yeah.
12:26:32  13        Q.   -- is the canvas that we have depicted in
12:26:35  14    Exhibit 7; correct?
12:26:36  15        A.   Yes.
          16        Q.   Okay.
12:26:41  17        A.   Now, with the invoice, I'm not sure, you
12:26:43  18    know, if some people that are working for me
12:26:46  19    supplies you this -- this money, you know, I -- I
12:26:49  20    have no idea.
12:26:49  21        Q.   What do you mean by that?
12:26:50  22        A.   I don't know.
12:26:52  23        Q.   You don't know what?
12:26:52  24        A.   I don't know the money and things.  Like I
12:26:55  25    say, I'm an artist.
```

THIERRY GUETTA

Page 123

```
12:26:56   1      Q.    Okay.  So there's a certain price that's
12:26:58   2   indicated on there, you don't know if that's
12:27:00   3   correct --
           4      A.    Yeah.
12:27:00   5      Q.    -- is that what you're trying to say?
12:27:02   6      A.    I guess so.  But it looks like it says
12:27:05   7   "Run DMC painting, 14,000."  That's what it should
12:27:07   8   be.
12:27:07   9      Q.    Okay.  And you believe that that refers to
12:27:09  10   the canvas?
12:27:10  11      A.    Yes.
12:27:11  12      Q.    Okay.  I want to try to establish the
12:27:14  13   total number of large pieces bearing the Friedman
12:27:24  14   Run DMC photo that you made.  Okay?
12:27:26  15      A.    Yes.
12:27:28  16      Q.    Okay.
12:27:28  17           MR. GUTMAN:  Well, you are saying bearing
12:27:29  18   the Friedman photo.  There are no pieces that bear
12:27:32  19   the Friedman photo.
12:27:33  20           MR. LINDE:  Incorporate it.  Oh, let's go
12:27:38  21   off the record.
12:27:38  22           THE VIDEOGRAPHER:  This is the end of
12:27:39  23   Tape 2 of the deposition of Thierry Guetta, and we
12:27:45  24   are now going off the record, and the time is
12:27:47  25   approximately 12:27 p.m.
```

THIERRY GUETTA

                                                          Page 124

12:27:50   1            (Whereupon, a recess was held

12:27:51   2            from 12:27 p.m. to 12:35 p.m.)

12:28:46   3            THE VIDEOGRAPHER:  We are now going back

12:35:17   4   on the record, and the time is approximately

12:35:19   5   12:35 p.m.

12:35:22   6   BY MR. LINDE:

12:35:23   7       Q.   Okay.  I want to establish the total

12:35:25   8   number of one-off pieces that you made

12:35:31   9   incorporating the Friedman Run DMC image.

12:35:35  10            Do you understand what I mean by that?

12:35:36  11       A.   Can you repeat that?

12:35:39  12       Q.   Sure.  You make certain works that are 1

12:35:43  13   of 1; right?

12:35:44  14       A.   Yes.

12:35:44  15       Q.   Okay.  And do you have a name for that?

12:35:48  16   Do you call those fine art pieces or do you have

12:35:51  17   a --

12:35:51  18       A.   It's just a painting.

12:35:52  19       Q.   1 of 1s?

12:35:53  20       A.   It could be 1 of 1s, if it's only one,

12:35:54  21   yes.

12:35:55  22       Q.   Is there a --

12:35:58  23       A.   There's -- is like some painting, you call

12:36:00  24   it -- you don't call the painting this is 1 of 1,

12:36:03  25   you know.  It's just 1.

THIERRY GUETTA

Page 125

| | | |
|---|---|---|
| 12:36:04 | 1 | Q.   You call it a painting? |
| 12:36:06 | 2 | A.   A painting, yeah. |
| 12:36:07 | 3 | Q.   Okay.  Is there any other name that you |
| 12:36:08 | 4 | would use for that, or is "painting" the name? |
| 12:36:11 | 5 | A.   Just a painting.  Might be 1 of 1.  If |
| 12:36:13 | 6 | it's -- if it's one, you -- you know. |
| 12:36:17 | 7 | Q.   For example, the records series that you |
| 12:36:22 | 8 | do are not paintings; correct? |
| 12:36:27 | 9 | MR. GUTMAN:  What do you mean, "series"? |
| 12:36:32 | 10 | MR. LINDE:  He has a series of -- |
| | 11 | MR. GUTMAN:  Oh. |
| 12:36:34 | 12 | MR. LINDE:  -- artists that have records. |
| 12:36:36 | 13 | THE DEPONENT:  Yes.  It's a painting done, |
| 12:36:38 | 14 | and it's covered with records, and it's one of a |
| 12:36:43 | 15 | kind. |
| 12:36:44 | 16 | BY MR. LINDE: |
| 12:36:44 | 17 | Q.   Okay.  Maybe one of a kind, is that a fair |
| 12:36:48 | 18 | word? |
| 12:36:49 | 19 | A.   Yes. |
| 12:36:49 | 20 | Q.   So I want to establish the total number |
| 12:36:51 | 21 | of one-of-a-kinds that you did incorporating the |
| 12:36:54 | 22 | Friedman Run DMC photo.  Okay? |
| 12:36:56 | 23 | A.   Yes. |
| 12:36:56 | 24 | Q.   Okay.  So, the -- the first one that we |
| 12:37:10 | 25 | will discuss is the aforementioned records.  And |

THIERRY GUETTA

Page 126

```
12:37:15   1    I'm going to mark that as Exhibit 12.  Let's see
10:13:09   2    here.
10:13:10   3         (Whereupon, Plaintiff's Exhibit No. 12
           4         was marked for identification by the
           5         deposition officer and is attached
12:37:18   6         hereto.)
12:37:25   7              THE DEPONENT:  Okay.
12:37:26   8              MR. LINDE:  Take a look at that.
12:37:29   9              THE DEPONENT:  Okay.
          10              (Document placed before the deponent.)
12:37:41  11              (Deponent reviewed document.)
12:37:41  12              THE DEPONENT:  Boom, boom, boom.
12:37:47  13    (Humming.)
12:37:47  14              Yes.
12:37:48  15    BY MR. LINDE:
12:37:48  16         Q.   Okay.  And you recognize pages 2 and 3 of
12:37:57  17    that exhibit as the Run DMC records work on display
12:38:02  18    at your Los Angeles -- Los Angeles show?
12:38:04  19         A.   Yes, I do.
12:38:06  20         Q.   Okay.  And at some point in time, was
12:38:08  21    there a "No Smoking" sign that was put on that
12:38:12  22    Run DMC records?
12:38:13  23         A.   I just don't recall, you know.  I mean,
12:38:17  24    that's may be these photos.  I see on the first
12:38:20  25    photos, they were not -- some not smoking.  The
```

THIERRY GUETTA

Page 127

```
12:38:25  1    second one, not.  And the third one was.  So maybe

12:38:28  2    somebody put it there.  I don't -- I don't recall.

12:38:32  3        Q.   But as far as it -- it's all the same,

12:38:35  4    there's only one of these; correct?

12:38:36  5        A.   Yeah.  Only one.  That is the same --

12:38:40  6    same -- same pieces of art.

12:38:42  7        Q.   Okay.  So we will call that one the

12:38:44  8    Run DMC records.

12:38:45  9        A.   Exactly.

12:38:45 10        Q.   Okay.  And then we previously marked, I

12:39:16 11    believe, as Exhibit 7, the Run DMC canvas?

12:39:22 12        A.   Which one?  7?

12:39:24 13        Q.   7.

12:39:26 14        A.   This is 37?

12:39:27 15        Q.   7.  Exhibit 7.

         16            MR. GUTMAN:  Let me see if I can help.

12:39:35 17            THE DEPONENT:  7.  I don't know.  This one

12:39:35 18    is 7?

12:39:36 19            MR. GUTMAN:  Yeah, that looks like 7.

12:39:38 20            THE DEPONENT:  Okay.  Yeah, that's a

12:39:38 21    painting, yeah.

12:39:39 22    BY MR. LINDE:

12:39:40 23        Q.   Run DMC canvas?

12:39:41 24        A.   Yes.

12:39:50 25            MR. LINDE:  I'm going to mark as
```

THIERRY GUETTA

Page 128

12:39:51  1    Exhibit 13.

12:39:55  2          (Whereupon, Plaintiff's Exhibit No. 13

         3          was marked for identification by the

         4          deposition officer and is attached

12:40:02  5          hereto.)

12:40:02  6              THE DEPONENT:  13.  This is this?

12:40:08  7    BY MR. LINDE:

12:40:08  8       Q.   Correct.  This is another copy of it.

12:40:10  9       A.   Okay.  Okay.

12:40:19  10      Q.   Do you recognize that?

12:40:20  11      A.   Yes, I do.

12:40:20  12      Q.   And that's a work that you had -- a work

12:40:24  13   of Run DMC behind -- can we call it fluorescent

12:40:30  14   graffiti, that you had on display at your show?

12:40:34  15      A.   Yes.

12:40:34  16      Q.   And if we call that one the Run DMC

12:40:40  17   fluorescent graffiti, is that a -- a fair term to

12:40:42  18   call it?

12:40:42  19      A.   Sure.

12:40:43  20      Q.   And that was on display at the Los Angeles

12:40:45  21   show?

12:40:45  22      A.   Yes.

12:40:46  23          And each one of these painting that you

12:40:48  24   show me, each one of them is different.  This is a

12:40:50  25   stencil.  The one previously was a painting.  And

THIERRY GUETTA

Page 156

13:08:14  1    well, any -- any of the artwork that had the

13:08:16  2    Run DMC image or any part of Run DMC image, was it

13:08:20  3    offered for sale to the public, the works that were

13:08:22  4    showed at the L.A. show?

13:08:24  5           THE DEPONENT:  I don't recall if they

13:08:25  6    were.  But I know that the print was and the -- the

13:08:30  7    original like the Records and everything, it's --

13:08:32  8    it wasn't -- it wasn't any price of it.

13:08:35  9    BY MR. LINDE:

13:08:35  10       Q.   Okay.

13:08:35  11       A.   I'm not sure of it.

13:08:36  12       Q.   Exhibit 12 is the Records.  Do you see

13:08:38  13    that?

13:08:38  14       A.   Which one?  This one?  Uh-huh.

13:08:40  15       Q.   And that was on display at the Los Angeles

13:08:43  16    show; correct?

13:08:43  17       A.   Yes.

13:08:43  18       Q.   And if somebody came to the Los Angeles

13:08:46  19    show and they wanted to buy it from you, was that

13:08:48  20    for sale?

13:08:48  21       A.   I don't recall if it was.

13:08:51  22       Q.   Would have you sold it?

13:08:53  23       A.   I didn't sell it.

13:08:54  24       Q.   Would you have sold it if you were offered

13:08:56  25    money -- enough money for it?

THIERRY GUETTA

Page 157

```
13:08:58   1              MR. GUTMAN:  What's the question?  Would
13:08:58   2   he have sold it?
13:08:59   3              MR. LINDE:  Correct.
13:08:59   4              MR. GUTMAN:  No foundation, incomplete
13:09:01   5   hypothetical, calls for speculation.
13:09:03   6              THE DEPONENT:  No.  I -- I don't know.  I
13:09:07   7   don't recall, you know.  It was more like a making
13:09:08   8   a statement of an artist, an artistic movement.
13:09:13   9   BY MR. LINDE:
13:09:13  10      Q.   Were any of -- did you sell any of the
13:09:16  11   records works at the Los Angeles show?
13:09:19  12      A.   I don't recall.
13:09:20  13      Q.   Exhibit 13 is what we call the fluorescent
13:09:30  14   graffiti.
13:09:31  15      A.   Yes.
13:09:33  16      Q.   Was that for sale at the Los Angeles show?
13:09:35  17      A.   I don't recall.
13:09:38  18           It was more like a statement of a show --
13:09:41  19              MR. GUTMAN:  You've answered the question.
13:09:42  20              THE DEPONENT:  Okay.
13:09:42  21   BY MR. LINDE:
13:09:42  22      Q.   At the Los Angeles show, it was your hope
13:09:44  23   to sell works on display; correct?
13:09:46  24      A.   I guess, yeah.
13:09:50  25      Q.   And when you -- and you did, in fact, sell
```

THIERRY GUETTA

Page 158

```
13:09:53   1   certain works; correct?

13:09:54   2       A.   I guess, yeah.   Yeah.

13:09:58   3       Q.   And that money went to you; correct?

13:10:00   4       A.   Yes.

13:10:02   5       Q.   Okay.   The money wasn't going to nonprofit

13:10:05   6   educational purposes; correct?

13:10:07   7            MR. GUTMAN:   Are you being facetious, or

13:10:08   8   are you asking about something specific?

13:10:10   9            MR. LINDE:   I'm asking about -- I asked my

13:10:12  10   question.

13:10:12  11            THE DEPONENT:   I don't recall.

13:10:13  12   BY MR. LINDE:

13:10:13  13       Q.   Okay.   So, as you sit here today, you have

13:10:16  14   no knowledge that the money from the sale of art at

13:10:21  15   your show went to nonprofit educational purposes;

13:10:25  16   correct?

13:10:25  17       A.   I don't recall.

13:10:25  18       Q.   The intended audience for the -- for your

13:10:34  19   Run DMC works are people who are interested in the

13:10:36  20   group Run DMC and want something to look at or hang

13:10:39  21   on their wall; correct?

13:10:40  22       A.   I guess.

13:10:42  23            MR. GUTMAN:   Objection; vague and

13:10:44  24   ambiguous.

13:10:44  25            Don't -- don't guess.
```

THIERRY GUETTA

Page 167

13:18:22   1            THE DEPONENT:  Promote that show --

           2            MR. GUTMAN:  -- how did you get the word

           3   out --

           4            (Speaking simultaneously.)

13:18:23   5            THE DEPONENT:  I -- I did some art.  I

13:18:24   6   kind of -- I kind of give the word that I was

13:18:33   7   having a show.  Like I said, I did some street art

13:18:35   8   and -- and I don't recall everything.  But at that

13:18:39   9   moment, you know, it was like working and day by

13:18:44  10   day, every day, you know, long days, and that's it.

13:18:48  11   BY MR. LINDE:

13:18:49  12      Q.   Okay.  So is it fair to say that, as you

13:18:51  13   sit here today, the only two things that you can

13:18:52  14   recall doing for promotion for the Los Angeles show

13:18:55  15   were street art and postcards?

13:18:58  16      A.   No.  I -- I did street art, postcards, I

13:19:02  17   did a show.  I got picked up from "L.A. Weekly."

13:19:07  18   They thought it was incredible what I was doing, so

13:19:10  19   they put me on front page of "L.A. Weekly."  I got

13:19:13  20   picked up from, I believe, "Los Angeles Time."  I

13:19:17  21   got picked up -- you know, I came up with something

13:19:19  22   that -- that was kind of different in Los Angeles

13:19:23  23   and big.

13:19:25  24      Q.   Anything else that you can think of,

13:19:26  25   specifically?

THIERRY GUETTA

Page 168

```
13:19:26   1      A.   I rent a space in one of the first motion

13:19:31   2   pictures of Los Angeles building, 1911, that was

13:19:37   3   C.B.S., that was abandoned for the last year that

13:19:41   4   I just put in shape.  And it took me two or three

13:19:44   5   months to make it happen, you know.

13:19:47   6      Q.   Anything else that you can think of,

13:19:49   7   specifically?

13:19:49   8      A.   I have -- no, I don't recall.  You know, I

13:19:54   9   don't recall.  A lot of thing happens at that time.

13:19:57  10      Q.   And you created the postcards in order to

13:20:00  11   help create excitement for the show?

13:20:02  12      A.   No, to trying to give something that I've

13:20:04  13   done, you know.  To give something for free.

13:20:07  14      Q.   And that was to get your fans excited?

13:20:11  15      A.   No.  To -- to -- to just to be -- to be --

13:20:21  16   to be able to -- to -- to give something, you know.

13:20:25  17   To give something about this -- this moment.

13:20:35  18          You know, you don't do like 50 or 30 or

13:20:37  19   40 different postcards, print it, and give it to

13:20:42  20   people, you know.  I mean, it's -- it's not what

13:20:44  21   you see in a show.

13:20:45  22          I was trying to -- to make a statement,

13:20:49  23   you know.  Art, it's about not just making, but

13:20:53  24   giving.

13:21:00  25      Q.   Okay.
```