# **EXHIBIT 4**

# Run DMC



G - 37

