# EXHIBIT 5



59X43

