# **EXHIBIT 7**







