# **EXHIBIT 12**

G - 39

59X43



EXHIBIT
12
GUETTA
1-15-10 (4 PAGES)





