# **EXHIBIT 13**

