# **EXHIBIT 17**

# Run DMC



Screen print on textured archival paper. Signed and numbered.

Edition of 300.

**Size:** 22in. x 30in.

Sold Out.

 back

Ex. 17



EXHIBIT
17
GUETTA
11-15-10 (1 PAGE)