UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 10-00014 DDP (JCx)                      Date   May 16, 2011

Title   GLEN E. FRIEDMAN -V- THIERRY GUETTA a/k/a MR. BRAINWASH

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas A. Linde | Alan S. Gutman |

Proceedings:

MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT THIERRY GUETTA (FILED ON 04-04-11 / DOCKET NUMBER 40)
MOTION FOR SUMMARY ADJUDICATION AS TO COPYRIGHT INFRINGMENT FILED BY PLAINTIFF GLEN E. FRIEDMAN (FILED ON 04-04-11 / DOCKET NUMBER 45)

Court hears oral argument and takes the matters under submission.

0 0  :  24

Initials of Preparer        JAC